

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00643-CR

Angelika Stephanie **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1150
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The State's motion for an extension of time to file its brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court